# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LINDRA I. JACKSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-2677-S-BW |
| | § | |
| SMALL BUSINESS | § | |
| ADMINISTRATION, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the Court will **DISMISS** this action for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED.**

SIGNED March 30, 2026.

_____
UNITED STATES DISTRICT JUDGE