# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LINDRA I. JACKSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-2677-S-BW |
| | § | |
| SMALL BUSINESS | § | |
| ADMINISTRATION, et al. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED March 30, 2026.

_____
**UNITED STATES DISTRICT JUDGE**